| | | | |
|---|---|---|---|
| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: | Jason Messenger | Telephone: (313) 969-3370 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Noe ALVAREZ-PALACIO

Case: 2:25−mj−30564
Assigned To : Unassigned
Assign. Date : 9/8/2025
Description: CMP USA v
Alvarez−Palacio (SH)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 3, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Jason Messenger, Border Patrol Agent_
_U.S. Department of Homeland Security_
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __September 8, 2025__

*Judge's signature*

City and state: __Detroit, MI__    Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# **AFFIDAVIT**

I, Jason Messenger, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Noe ALVAREZ-PALACIO, a native and citizen of Mexico.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for ALVAREZ-PALACIO, for a violation of 8 U.S.C. §1326, Unlawful Re-Entry Following Removal. I have not included every fact known to law enforcement related to this investigation.

3. On or about June 10, 2007, ALVAREZ-PALACIO was encountered by Lincoln Park Police Department in or near Lincoln Park, Michigan. ALVAREZ-PALACIO was arrested and charged with Operating Impaired. ALVAREZ-PALACIO pleaded guilty and was sentenced to a fine of $750.

4. On or about July 24, 2011, ALVAREZ-PALACIO was encountered by United States Border Patrol agents in or near Grosse Pointe Shores, Michigan.  ALVAREZ-PALACIO was processed as Warrant of Arrest / Notice to Appear and issued A# XXX XXX 214. ALVAREZ-PALACIO was subsequently granted a Voluntary Return and returned to Mexico via Detroit, Michigan on August 5, 2011.

5. On or about September 29, 2011, ALVAREZ-PALACIO was encountered by United States Border Patrol agents in or near Laredo, Texas.  ALVAREZ-PALACIO was processed as an Expedited Removal and was removed to Mexico via Laredo, Texas on October 3, 2011.

6. On or about February 25, 2012, ALVAREZ-PALACIO was encountered by United States Border Patrol agents in or near Artesia Wells, Texas. ALVAREZ-PALACIO was processed as a Reinstatement of Deport Order I-871.  ALVAREZ-PALACIO was removed to Mexico via Calexico, California on March 2, 2012.

7. On or about November 14, 2017, ALVAREZ-PALACIO was encountered by United States Border Patrol agents in or near Canton, Michigan. ALVAREZ-PALACIO was processed as a Reinstatement of Deport Order I-871. ALVAREZ-PALACIO was removed to Mexico via Alexandria, Louisiana on November 29, 2017.

8. On September 3, 2025, Border Patrol Agents assigned to the Detroit Sector, Targeting Unit conducted a targeted enforcement action in or near Grosse Ile, Michigan.  Agents identified Noe ALVAREZ-PALACIO, as an alien who has been previously removed from the United States with ties to the Detroit, Michigan area. Through investigative efforts, agents identified a GMC Sierra bearing Michigan license plate XXXXX90 registered to ALVAREZ-PALACIO.  Agents observed the vehicle occupied by two male occupants traveling eastbound on Grosse Ile Parkway.  Agents conducted a traffic stop near the intersection of Groh Rd. and Meridian Rd.

9. Agents approached the vehicle, identified themselves as Border Patrol Agents, and performed an immigration inspection on the occupant. ALVAREZ-PALACIO was interviewed in the Spanish language by Border Patrol Agents.  ALVAREZ-PALACIO readily admitted his name, and to being a citizen of Mexico.  Agents inquired whether ALVAREZ-PALACIO possessed documents allowing him to be or remain in the United States legally.  ALVAREZ-PALACIO said that he did not have any documents permitting him to be or remain in the United States Legally.

10. Upon determining ALVAREZ-PALACIO had illegally re-entered the United States, agents placed ALVAREZ-PALACIO under arrest and transported him to the Gibraltar Border Patrol Station for processing.

11. While at the Gibraltar Border Patrol Station, ALVAREZ-PALACIO's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Next Generation

Identification (NGI). The results revealed that ALVAREZ-PALACIO is a citizen of Mexico, with no record of obtaining permission to re-enter the United States following his last removal on November 29, 2017.

12. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13. Review of the Alien File (A# XXX XXX 214) for ALVAREZ-PALACIO, and queries in U.S. Department of Homeland Security databases confirm no record exists of ALVAREZ-PALACIO obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States after his removal from the United States on November 29, 2017.

14. Based on the above information, I believe there is probable cause to conclude that Noe ALVAREZ-PALACIO is a native and citizen of Mexico, who was previously removed from the United States and was thereafter found in the United States, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a)

_____
Jason Messenger, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge

September 8, 2025

4